No. 82–670.   HOWARD v. CENTRAL OF GEORGIA RAIL-ROAD CO.   Sup. Ct. Ga.   Certiorari denied.

No. 82–673.   GIANNI v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 82–697.   O'CONNOR v. NEVADA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–700.   BURRUS v. UNITED TELEPHONE COMPANY OF KANSAS, INC.   C. A. 10th Cir.   Certiorari denied.

No. 82–723.   MCCLATCHY NEWSPAPERS, DBA THE SACRAMENTO BEE v. CENTRAL VALLEY TYPOGRAPHICAL UNION NO. 46, INTERNATIONAL TYPOGRAPHICAL UNION.   C. A. 9th Cir.   Certiorari denied.

No. 82–726.   CEL-A-PAK v. CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–730.   EAGLE v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (AMERICAN TELEPHONE & TELEGRAPH CO., REAL PARTY IN INTEREST).   C. A. 9th Cir.   Certiorari denied.

No. 82–757.   COTHRAN ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–763.   PROVENZANO v. UNITED STATES; and
No. 82–765.   COTLER v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.   Reported below: 688 F. 2d 194.

No. 82–769.   TUCKER v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 82–780.   REAGAN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 82–5146.   KING v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.